UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANKIE ROBINSON,
    Plaintiff

vs

EDWARD VOORHIES, et al.,
    Defendants

Case No. 1:07-cv-1006

Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference with pro se plaintiff and counsel for defendant Forest Hunt held on March 13, 2012. At the conference, defendant orally requested an extension of time in which to file a dispositive motion in this case. Following consultation with the district judge in this matter, the request is **DENIED**. Defendant had previously been granted several extensions of time in which to file a dispositive motion and failed to do. Discovery has been completed and this case is ready for disposition by trial.

The final pretrial conference and trial dates shall be set by the district judge in this case.

**IT IS SO ORDERED.**

Date: 3/14/2012

Karen L. Litkovitz, Magistrate Judge
United States District Court